```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

DAVID RAY SLATER,

       Movant

v.                                 CIVIL ACTION NO. 2:05-0737
                                 (Criminal No. 2:04-0049)

UNITED STATES OF AMERICA,

       Respondent


## MEMORANDUM OPINION AND ORDER


The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on February 17, 2006, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's section 2255 motion be, and it hereby is, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the magistrate judge.

DATED: March 20, 2006

John T. Copenhaver, Jr.
United States District Judge

2